cuit denied.  *Mr. Harold R. Oakes* for petitioner.  *Mr. Morton L. Fearey* for respondent.

No. 98.  R. D. BAKER Co. *v.* RARDEN ET AL.  October 11, 1937.  Petition for writ of certiorari to the Supreme Court of Michigan denied.  *Mr. Alex J. Groesbeck* for petitioner.  *Mr. Victor W. Klein* for respondents.

No. 101.  GARROW MACCLAIN & GARROW, INC. *v.* BASS, COLLECTOR OF INTERNAL REVENUE.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. R. C. Fulbright* and *Carl G. Stearns* for petitioner.  *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 102.  WHEELING ET AL. *v.* JOHN F. CASEY Co.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Messrs. Jay T. McCamic, Benjamin L. Rosenbloom,* and *Charles McCamic* for petitioners.  *Messrs. T. S. Riley* and *Robert J. Riley* for respondent.

Nos. 103, 104, and 105.  WINGERT ET AL. *v.* SMEAD ET AL.  October 11, 1937.  Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. Miller Wingert* for petitioners.  No appearance for respondents.